IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VI TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>AEROTECH MAPPING, INC.<br><br>        Defendant. | CIVIL ACTION NO. 6:21-CV-00297-ADA<br><br>**JURY TRIAL DEMANDED** |
| VI TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MERRICK & COMPANY,<br><br>        Defendant. | CIVIL ACTION NO. 6:21-CV-00316-ADA<br><br>**JURY TRIAL DEMANDED** |
| VI TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>WOOLPERT, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 6:21-CV-00318-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE TO CHANGE DEADLINES**

Plaintiff VI Technologies, LLC ("VI") and Defendants Aerotech Mapping, Inc., Merrick & Company, and Woolpert, Inc. ("Defendants") (collectively, the "Parties") have met and conferred regarding the modification of the deadline for Defendants invalidity contentions, from November 16, 2021 to November 18, 2021. The Parties do not seek this modification for the purpose of delay. No other dates are modified over previous orders. See Dkt. Nos. 19, 23.

1

Dated: November 15, 2021    Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
Texas State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com


*Attorneys for Plaintiff VI Technologies, LLC*

By: */s/ Steve Katz*
David M. Hoffman
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: 512-226-8154
hoffman@fr.com

Eda Stark
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE 21st Floor
Atlanta, GA 30309
Tel: 404-892-5005

2

stark@fr.com

Steven R. Katz
FISH & RICHARDSON P.C.
One Marina Park Drive
Boxton, MA 02210
Tel: 617-542-5070
katz@fr.com

Kathryn A. Quisenberry
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Tel: 713-654-5300
quisenberry@fr.com

*Attorneys for Defendant Merrick & Company*

By: */s/ Shawn Staples*
Michael John Stanley
W. Shawn Staples
STANLEY LAW, P.C.
230 Westcott, Suite 120
Houston, TX 77007
Tel: 713-980-4381
mstanley@stanleylaw.com
wsstaples@stanleylaw.com

*Attorneys for Defendant Aerotech Mapping, Inc.*

By: */s/ Paul Linden*
John F. Bennett
Lucas V. Haugh
Paul J. Linden
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513-698-5152
jbennett@ulmer.com
dhaugh@ulmer.com
plinden@ulmer.com

Neil J. McNabnay
Ricardo J. Bonilla
Robert A. Ehrlich
Sarika Patel

3

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: 214-747-5070
mcnabnay@fr.com
rbonilla@fr.com
ehlich@fr.com
patel@fr.com

*Attorneys for Defendant Woolpert, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 15, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for VI Technologies, LLC. and counsel for Aerotech Mapping, Inc., Merrick & Company, and Woolpert met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams