# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VI TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WOOLPERT, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00318-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY

The Court has considered VI Technologies, LLC ("VI") and Defendant Woolpert, Inc. ("Woolpert") (collectively, the "Parties") Joint Motion to Stay and Notice of Settlement (the "Motion") and, after considering the Motion, finds that the Motion should be **GRANTED**.

It is therefore **ORDERD** that all proceedings between the Parties are **STAYED** until March 28, 2022. Absent a showing of good cause, the Parties shall submit dismissal papers no later than March 28, 2022.

**SO ORDERED.**

SIGNED this 8th day of March, 2022.

_____
UNITED STATES DISTRICT COURT
Judge Alan D Albright