**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VI TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WOOLPERT, INC., <br><br> Defendant. | CIVIL ACTION NO.  6:21-CV-00318-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, VI Technologies, LLC ("Plaintiff") and Woolpert, Inc. ("Defendant") have resolved all claims and counterclaims asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss all claims and counterclaims with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: March 18, 2022    Respectfully submitted,


By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
Texas State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366

1

Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff VI Technologies, LLC*

By: */s/ Ricardo J. Bonilla*
John F. Bennett
Lucas V. Haugh
Paul J. Linden
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513-698-5152
jbennett@ulmer.com
dhaugh@ulmer.com
plinden@ulmer.com

Neil J. McNabnay
Ricardo J. Bonilla
Robert A. Ehrlich
Sarika Patel
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: 214-747-5070
mcnabnay@fr.com
rbonilla@fr.com
ehlich@fr.com
patel@fr.com

*Attorneys for Defendant Woolpert, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 18, 2022 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for VI Technologies, LLC. and counsel for Woolpert met and conferred, and all parties agree to filing the foregoing document as a joint motion.

*/s/ Fred I. Williams*
Fred I. Williams